Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, Angela R. Saad, Federal Public Defender's Office, Fort Worth, TX, for Defendant–Appellant.

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Paul Albert Philbin, III, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Philbin has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Abel RIOS, also known as Abel Garza, also known as DDD, Defendant–Appellant.**

No. 14–11007
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**800**

Monica F. Markley, Fort Worth, TX, Douglas Anthony Morris, Esq., Kevin Joel Page, Federal Public Defender's Office, Dallas, TX, Defendant–Appellant.

Before JOLLY, GRAVES, and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Abel Rios has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rios has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.